UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:09-mj-150 |
| | ) | |
| ABDUL FREEMAN | ) | |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, preliminary hearing and detention hearing were held in this action on April 22, 2009. Those present included:

    (1) AUSA Scott Winne for the United States of America.
    (2) The defendant, ABDUL FREEMAN.
    (3) Attorney Mike Little for defendant.
    (4) Courtroom Deputy Kelli Jones.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Winne moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

    (1) There is probable cause to believe that there has been a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), possession with the intent to distribute 50 grams or more of cocaine base (crack), committed in the Eastern District of Tennessee.

    (2) There is probable cause to believe the defendant committed the aforesaid offense.

    (3) The proof the defendant committed the aforesaid offense is strong.

(4) There are no conditions nor are there any combination of conditions which will reasonably assure the safety of the community or the presence of the defendant at future hearings.

Conclusions

It is therefore ORDERED:

(1) The defendant is DETAINED without bail.

(2) The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **1:30 pm on Friday, May 1, 2009.**

ENTER.

Dated: April 23, 2009  *s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE